

# U. S. Department of Justice

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*



| | |
|---|---|
| *Terry Sanford Federal Building* | *Telephone (919) 856-4530* |
| *310 New Bern Avenue* | *Criminal FAX (919) 856-4487* |
| *Suite 800* | *Civil FAX (919) 856-4821* |
| *Raleigh, North Carolina 27601-1461* | *www.usdoj.gov/usao/nce* |

## M E M O R A N D U M

DATE:     July 31, 2018

TO:       Clerk's Office
          United States District Court
          Eastern District of North Carolina
          Raleigh, North Carolina

REPLY TO: Robert J. Higdon, Jr.
          United States Attorney

ATTN OF:  SEBASTIAN KIELMANOVICH **SK**
          Assistant United States Attorney

SUBJECT:  UNITED STATES v. DIANA PATRICIA FRANCO-RODRIGUEZ
          No. **5:18-CR-299-1FL**  WESTERN DIVISION


Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

The warrant should be returnable before the U.S. Magistrate Judge.


SK:jk

cc:  US Marshal Service
     US Probation Office