# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.

**DIANA PATRICIA FRANCO-RODRIGUEZ**

RECEIVED
AUG 02 2018
U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:18-CR-299-FL**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**DIANA PATRICIA FRANCO-RODRIGUEZ** he/she shall be brought before the nearest Magistrate/Judge to answer an

 __X__ SEALED Indictment _____Superseding Indictment _____Criminal Information___Complaint

____ Order of Court: ___ Violation Notice___Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1546(a): Fraud and misuse of Visas, Permits and other documents

Count 2 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

Nick Bulloch
Signature of Issuing Officer by Deputy Clerk

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

August 1, 2018 - WILMINGTON, NORTH CAROLINA
Date and Location

FILED
AUG 2 3 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at

Raleigh, NC

| DATE RECEIVED 08/21/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 08/22/18 | AUSA | |