UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-299-FL-1

UNITED STATES OF AMERICA

v.

DIANA P. FRANCO-RODRIGUEZ

ORDER ALLOWING COUNSEL
LEAVE TO WITHDRAW

This matter came to be heard, and was heard, before the undersigned Judge, upon a motion filed by the Office of the Federal Public Defender seeking leave to withdraw as counsel for Diana P. Franco-Rodriguez, the defendant herein.

Based upon a finding that attorney Nardine M. Guirguishas has been privately retained by Ms. Franco-Rodriguez, the Court concludes that the Office of the Federal Public Defender should be allowed to withdraw as counsel.

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion filed by the Office of the Federal Public Defender is allowed and that the Office of the Federal Public Defender is granted leave to withdraw as counsel for Ms. Diana P. Franco-Rodriguez.

This the 4th day of September, 2018.

LOUISE WOOD FLANAGAN
United States District Court Judge