UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-00299-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DIANA PATRICIA FRANCO-RODRIGUEZ | ) ) | |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Proposed Sealed Document and its attachments, which are docket entry number 45. This Honorable Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the 10th day of December, 2019.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE